IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JANICE BRADY AND
KATHERINE BRADY,**
*natural guardian of K.S., a minor*                                                **PLAINTIFFS**

**V.**                                              **CAUSE NO. 4:21CV116-DMB-JMV**

**TIFFANY HUNTER, ET AL.**                                                **DEFENDANTS**

**<u>ORDER SEALING FILINGS
AND REQUIRING REFILING IN REDACTED FORM</u>**

The Complaint [1] in this matter was filed in contravention of Rule 5.2 of the *Federal Rules of Civil Procedure*. Pursuant to Rule 5.2, a party making a filing with the Court may only include a minor's initials. FED. R. CIV. P. 5.2(a)(3). Because the Complaint includes the full name of a person alleged to be a minor, this document will be sealed. Further, all documents filed subsequently—except filings exempted from the redaction requirement—that include the full name of a minor will be sealed, and these documents, along with the Complaint, must be refiled in accordance with Rule 5.2 within 5 business days of this date.

    **THEREFORE, IT IS ORDERED:**

1. That the Clerk is directed to **SEAL** the following documents: Complaint [1] and Summons [2].

2. That the filing party of foregoing documents [1] and [2] must, within 5 business days of this date, electronically submit to the Clerk redacted versions of the documents that comply with the requirements of Rule 5.2(a)(3).

3. That the Clerk shall, immediately upon receipt, docket the redacted versions of the documents as attachments to their sealed counterparts, but as fully accessible by the public.

4. That the Clerk shall amend the style of this case to include only the initials of the minor.

5. **That all future filings in this case must comply with Rule 5.2(a)(3)**, and counsel must ensure that their offices are aware of the requirements of this order.

6. That the parties and their counsel are warned that failure to comply with this order may subject the filer to appropriate sanctions.

**SO ORDERED** this 14th day of September, 2021.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE