## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

JANICE BRADY and                                                              PLAINTIFFS
KATHERINE BRADY as
natural guardian of K.S., a minor

V.                                                                     NO. 4:21-CV-116-DMB-JMV

TIFFANY HUNTER and
JOHN DOES 1-10                                                                 DEFENDANTS

### ORDER

On April 27, 2022, United States Magistrate Judge Jane M. Virden issued a Report and Recommendation ("R&R") recommending "that the case be dismissed" based on the plaintiffs' failure to respond to a March 23 order to "show good cause and excusable neglect as to why they have not yet effectuated service of process upon Defendant, Tiffany Hunter." Doc. #9. No objections to the R&R were filed within the time allowed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the R&R and finds no plain error on the face of the record. Accordingly, the R&R [9] is **ADOPTED** as the order of the Court. This case is **DISMISSED without prejudice**.

**SO ORDERED**, this 12th day of May, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**