IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JANICE BRADY and**   **PLAINTIFFS**
**KATHERINE BRADY as**
**natural guardian of K.S., a minor**

**V.**   **NO. 4:21-CV-116-DMB-JMV**

**TIFFANY HUNTER and**
**JOHN DOES 1-10**   **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered this day, this case is **DISMISSED without prejudice**.

**SO ORDERED**, this 12th day of May, 2022.

                                                        /s/Debra M. Brown
                                                        **UNITED STATES DISTRICT JUDGE**